UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNG NGUYEN,<br><br>   Plaintiff,<br><br>   v.<br><br>JOHN RICHARD TILL, et al.,<br><br>   Defendants. | Case No. 15-cv-03283-HSG<br><br>**ORDER DENYING AS MOOT MOTIONS TO WITHDRAW REFERENCE**<br><br>Re: Dkt. No. 1 |
| MIMI NGUYEN, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>HUNG NGUYEN, et al.,<br><br>   Defendants. | Case No. 15-cv-03581-HSG<br><br>Re: Dkt. No. 1 |

Pending before the Court are Debtor N&H Investments, LLC's motions to withdraw the reference for adversary proceedings 15-05058 (Nguyen v. Nguyen et al.) and 15-05050 (Nguyen v. Till et al.). Case No. 15-cv-03283-HSG, Dkt. No. 1; Case No. 15-cv-03581, Dkt. No. 1. On September 1, 2015, Bankruptcy Judge Lafferty issued an order dismissing Debtor's chapter 11 proceeding. Case No. 15-51552, Dkt. No. 70. On that same day, Judge Lafferty remanded to state court the adversary proceedings to which the pending motions in this Court relate. Case No. 15-05050, Dkt. No. 35; Case No. 15-05058, Dkt. No. 36.

//

//

//

//

1    In light of the remand of the adversary proceedings, the Court DENIES AS MOOT
2 Debtor's motions to withdraw the reference. The hearing on these motions set for October 1, 2015
3 is VACATED.
4    **IT IS SO ORDERED.**
5 Dated: 9/14/2015

                                     _____
                                     HAYWOOD S. GILLIAM, JR.
                                     United States District Judge